# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156439

MICHAEL ANTHONY GRABINSKI,
      Plaintiff-Appellant,

v

GOVERNOR, ATTORNEY GENERAL,
DEPARTMENT OF CORRECTIONS
DIRECTOR, RICHARD A. HANDLON
CORRECTIONAL FACILITY WARDEN,
KEVIN R. CLINTON, AUDITOR GENERAL,
and SECRETARY OF STATE,
      Defendants-Appellees.
_____/

SC: 156439
COA: 339082
Court of Claims: 17-000001-MZ

     On order of the Court, the application for leave to appeal the August 9, 2017 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals and we REMAND this case to the Court of Appeals, which shall hold this case in abeyance pending its decision in *In re Jackson*, Court of Appeals Docket No. 339724, which we remanded to the Court of Appeals by order dated August 3, 2018. After *In re Jackson* is decided, the Court of Appeals shall reconsider its dismissal of the plaintiff's application for leave to appeal in light of its ruling in *In re Jackson*.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018



Clerk

d0920